1

**JAMES MICHAEL HOPPER**
**Chapter 7 Trustee**
P.O. Box 73826
Davis, CA 95617
(530) 757-2033

PDFs

```
FILED

OCT 3 1 2023

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
```

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

In re:

**JANIS ELIZABETH KITCHEN**

          Debtor

Case No. **21-20904-B-7**

Chapter 7

## TURNOVER OF UNCLAIMED DIVIDEND

**TO THE CLERK, UNITED STATES BANKRUPTCY COURT:**

Please find submitted herewith check number 10130 in the amount of $50,780.58 representing the total amount of an unclaimed dividend in the above entitled estate from the distribution. This amount is being paid over pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011. The name and address of the claimant entitled to the unclaimed dividend is as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| SURPLUS | Janis Elizabeth Kitchen<br>12975 Spruce Lane<br>Browns Valley, CA 95918 | $50,780.58 | $50,780.58 |
| | | *Total Unclaimed Dividend* | $50,780.58 |

Dated: October 26, 2023

James Michael Hopper
Bankruptcy Trustee